IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01618-WJM-MJW

SAFECO INSURANCE COMPANY,

Plaintiff(s),

v.

BALLARD PACIFIC RESOURCES INC. and
MOTIONTRENDZ, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order Regarding Designation of Rebuttal Experts, Depositions and Discovery Cut-Off Deadline (Docket No. 26) is granted.  The Scheduling Order (Docket No. 25) is amended so as to extend the rebuttal expert deadline up to and including May 30, 2014, the deposition and discovery deadlines up to and including June 30, 2014, and the dispositive motion deadline up to and including July 30, 2014.

Date: February 20, 2014