IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01618-WJM-MJW

SAFECO INSURANCE COMPANY,

Plaintiff(s),

v.

BALLARD PACIFIC RESOURCES INC. and
MOTIONTRENDZ, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Second Joint Motion to Amend Scheduling Order Regarding Depositions and Discovery Cut-Off Deadline and Dispositive Motion Deadline (Docket No. 30) is granted.  It is thus further

     ORDERED that the Scheduling Order (Docket No. 25) is amended as follows. The deposition, discovery, and dispositive motion deadlines are now up to and including August 29, 2014.  The Final Pretrial Conference set on August 12, 2014, at 9:00 a.m. is VACATED and RESET on October 9, 2014, at 9:30 a.m. before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: May 6, 2014