IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01618-WJM-MJW

SAFECO INSURANCE COMPANY,

Plaintiff(s),

v.

BALLARD PACIFIC RESOURCES INC. and
MOTIONTRENDZ, INC.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion to Stay Discovery (docket no. 36) is DENIED.  The Rule 16 Scheduling Order (docket no. 25) was entered by this court on September 5, 2013.  The parties have had since September 5, 2013, to complete discovery.  Moreover, this court has previously granted two extensions to complete discovery.  See Minute Orders (docket nos. 28 and 32).  This court finds that nothing prevents the parties from settling this case at anytime.  The mere fact that the parties have now decided to set a mediation with the Honorable Robbie Barr on September 9, 2014, does not rise to the level of good cause to stay this case.

Date: July 28, 2014